UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**DAVID C. SMITH,**

    **Plaintiff,**

v.                                      Civil Action No. 3:12CV378-JRS

**EQUIFAX INFORMATION SERVICES, LLC,**

    **Defendant.**

## PLAINTIFF'S RULE 26(f) REPORT

On July 25, 2012, the parties conducted their first conference pursuant to Rule 26(f). In accordance with this Court's standing order, they report as follows and offer their proposed discovery plan and schedule.

    1.   **Nature of Claims and Defenses:** The parties discussed the nature and basis of their claims and defenses.

    2.   **Settlement:** The parties discussed the possibilities of prompt settlement or resolution of the case. Some progress was made with respect to potential prompt settlement.

    3.   **Rule 26(a)(1) Initial Disclosures:** The parties will make their Fed.R.Civ.P. 26(a)(1) Initial Disclosures by August 9, 2012. The parties agreed to informal early document exchange. The parties agreed to produce a copy of all documents disclosed in its mandatory disclosure by that date.

    4.   **Discovery:** The parties shall conduct discovery pursuant to the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of Virginia. The parties have agreed that discovery shall be completed in accordance with the Court's Scheduling Order.

5. **Expert Disclosures and Discovery:** The parties discussed the role of opinion testimony and shall conduct expert disclosures and discovery pursuant to the Court's Scheduling Order, Fed.R.Civ.P. 26 and Local Rule 26(d)(2).

6. **Protective Order:** The parties foresee the need for a protective order governing the dissemination and disclosure of certain documents produced in the case. The parties agree to work together to submit an agreed upon protective order without a sealing provision for entry by the court. In the event that either party feels the need for a sealing provision, the party desiring the sealing provision shall file and notice a motion with the court so that a protective order with a sealing provision may be entered by the court.

7. **Trial Before Magistrate Judge:** The plaintiff will consent to trial before a Magistrate Judge. Defendant will not consent to trial before a Magistrate Judge.

8. All items required to be discussed by Rule 26(f) were discussed.

                Respectfully submitted,
                David C. Smith

                By Counsel

                /s/_____
                Leonard A. Bennett, VSB #37523
                Susan M. Rotkis, VSB #40693
                CONSUMER LITIGATION ASSOCIATES, P.C.
                763 J. Clyde Morris Boulevard, Suite 1A
                Newport News, VA 23601
                (757) 930-3660
                (757) 930-3662
                lenbennett@clalegal.com
                srotkis@clalegal.com

                *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 25th day of July, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    John Willard Montgomery, Jr., Esquire
    Montgomery & Simpson LLLP
    2116 Dabney Road, Suite A-1
    Richmond, VA 23230
    Counsel for Defendant Equifax Information Services, LLC


  *Counsel for Defendant*


      /s/
      Leonard A. Bennett, VSB #37523
      Susan M. Rotkis, VSB #40693
      CONSUMER LITIGATION ASSOCIATES, P.C.
      763 J. Clyde Morris Boulevard, Suite 1A
      Newport News, VA 23601
      (757) 930-3660
      (757) 930-3662
      lenbennett@clalegal.com
      srotkis@clalegal.com